UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LACEY SIVAK,

        Petitioner,

     v.

ARACELI MARTÍNEZ-OLGUÍN,[1]

        Respondent.

Case No. 25-cv-00747-AMO (PR)

**ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**

Re: Dkt. No. 10

Lacey Sivak, an Idaho state prisoner and frequent litigant, filed the above-captioned actions, representing himself.  On June 13, 2025, the Court denied Sivak's motion for leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(g)[2] and dismissed this action.  Dkt. 5.

Sivak thereafter appealed the Court's June 13, 2025 Order.  Sivak's pending motion for leave to proceed IFP on appeal[3] is **DENIED** pursuant to 28 U.S.C. § 1915(g) for the same reasons he was denied IFP status by this Court.  If Sivak moves in the Ninth Circuit to proceed IFP, the Ninth Circuit will conduct an independent review of the record to determine whether the appeal is frivolous.  The Ninth Circuit will decide whether to grant Sivak IFP status.  If the Ninth Circuit

---

[1] Sivak incorrectly spelled the undersigned judge's first name and abbreviated her last name as "Areceli M. Olguin."  Dkt. 1 at 1. The undersigned's full name is Araceli Martínez-Olguín, and corrects it here.

[2] On April 26, 1996, the Prison Litigation Reform Act of 1995 ("PLRA") was enacted and became effective.  The PLRA provides that a prisoner may not bring a civil action or appeal a civil judgment IFP "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

[3] A prisoner must seek leave to proceed IFP on appeal in the district court.  *See* Fed. R. App. P. 24(a).

denies him IFP status, Sivak will nonetheless be directed to pay the entire filing fee and to show cause why the appeal should not be dismissed as frivolous.  *See* 28 U.S.C. § 1915(e)(2).

The Clerk of the Court is directed to serve a copy of this order on the parties and on the Ninth Circuit.  The Clerk **SHALL** return, without filing, any further documents Sivak submits in this closed case that are unrelated to his appeal.

**IT IS SO ORDERED.**

Dated:  3/23/2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**

United States District Court
Northern District of California